

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00026-CR
_____

ANTHONY TRENT BARBOUR, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th Judicial District Court
Lamar County, Texas
Trial Court No. 21634

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Anthony Trent Barbour appeals from his verdict of guilty for injury to a child. Barbour's sentence of twenty years' imprisonment was imposed November 8, 2007. Based on the information before us, Barbour did timely file a motion for new trial and his notice of appeal was filed February 22, 2008.

According to Rule 26.2, Barbour, because a motion for new trial was timely filed, had ninety days after the day sentence was imposed to file a notice of appeal. *See* TEX. R. APP. P. 26.2(a)(2). Therefore, Barbour had until February 6, 2008, to file a notice of appeal. Hence, the notice of appeal filed February 22, 2008, is untimely and we are without jurisdiction to hear this case.

We dismiss this appeal for want of jurisdiction.

Bailey C. Moseley
Justice

Date Submitted: May 6, 2008
Date Decided: May 7, 2008

Do Not Publish

2